**Fill in this information to identify the case:**

Debtor 1: Mary H. Epps

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Ohio

Case number: 16-11030

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** MTGLQ Investors, LP

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 0 3 3 3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | 6/20/2019 | (8) | $ 641.66 |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Mary H. Epps | | Case number (if known) 16-11030 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/LeAnn E. Covey
Signature

Date 11/11/2019

Print: LeAnn E. Covey
       First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Clunk, Hoose Co., LPA

Address: 4500 Courthoose Blvd, Suite 400
         Number   Street
         Stow, OH 44224
         City   State   ZIP Code

Contact phone: 330-436-0300

Email: bknotice@clunkhoose.com

## CERTIFICATE OF SERVICE

I certify that on November 11, 2019, a true and correct copy of the Notice of Post-Petition Mortgage Fees, Expenses, and Charges was served:

Via the court's electronic case filing system on these entities and individuals who are listed on the court's electronic mail notice list:

Jonathan I. Krainess, on behalf of Mary H. Epps, at jkrainess@sbcglobal.net

Lauren A. Helbling, Chapter 13 Trustee, at ch13trustee@ch13cleve.com

And by regular U.S. mail, postage prepaid, on:

Mary H. Epps, at 1236 Bender Avenue, Cleveland, OH 44112

                                                Clunk, Hoose Co., LPA

                                                /S/ LeAnn E. Covey
LeAnn E. Covey (#0083289) - Ext. 2263
4500 Courthouse Blvd.
Suite 400
Stow, OH 44224
(330) 436-0300 - telephone
(330) 436-0301 - facsimile
bknotice@clunkhoose.com